Official Local Form No. 15

# United States Bankruptcy Court
## for the District of Columbia

In re Anna Maria Allen

Debtor(s).

Case No. 09-231

**Matrix Cover Sheet**

The attached matrix in the above-referenced case consists of
___1___ pages and a total of ___6___ parties listed.

Date: 3/24/09

_____
Debtor

N/A
_____
Joint Debtor

**FILED**
MAR 25 2009
Clerk, U.S. District and
Bankruptcy Courts

CITIMORTGAGE  
PO BOX 9438 Dept 25  
GAITHERSBURG MD 20898

BANK OF AMERICA  
4060 OGLETOWN STANTO  
NEWARK DE 19713

CAPITOL ONE  
PO BOX 85015  
RICHMOND VA 23285

NATIONAL CITY  
PO BOX 500 K A 16  
PORTAGE MI 49081

SUNTRUST  
1001 SEMMES AVENUE  
RICHMOND VA 23224

DOUGLASS SLOAN  
7600 GEORGIA AVE NW SUITE 208  
WASHINGTON DC 20012