Revised 01/06

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

APR 23 2009

Clerk, U.S. District and
Bankruptcy Courts

IN RE:  Anna M Allen
_____
DEBTOR & JOINT DEBTOR

SSN(S): 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

: Chapter 13 Case No. 09-00231

: Confirmation Hearing

---

## CHAPTER 13 PLAN - (100% + INTEREST ON PRIORITY CLAIMS) & NOTICE OF DEADLINE TO OBJECT TO CONFIRMATION

THE FUTURE EARNINGS/INCOME OF THE DEBTOR ARE HEREBY SUBMITTED TO THE SUPERVISION/CONTROL OF THE TRUSTEE, AND THE DEBTOR/EMPLOYER/INCOME SOURCE SHALL PAY TO THE TRUSTEE $ 350.00 MONTHLY.

The debtor hereby authorizes and directs the employer/income source to comply with all Trustee's Directions by deducting and forwarding plan payments directly out of debtor's income source.   The debtor shall commence proposed plan payments as required by 11 U.S.C. §1326(a)(1), **by money order,** and continuing **each month** until automatic payroll deductions begin.

**EACH HOLDER OF AN ALLOWED SECURED CLAIM SHALL RETAIN ITS LIEN AS REQUIRED BY 11 U.S.C. §1325(a)(5)(B)(i), AND FROM THE PAYMENTS RECEIVED, THE TRUSTEE SHALL MAKE DISBURSEMENTS AS FOLLOWS:**

A.     **11 U.S.C. §507 PRIORITY CLAIMS**:  FULL **100%** PAYMENT PLUS **6%** POST-CONFIRMATION INTEREST PER ANNUM

B.     **11 U.S.C. §1322(b)(5) CLAIMS**: THE DEBTOR SHALL MAINTAIN POST-PETITION PAYMENTS DIRECTLY WHILE CASE IS PENDING AND THE TRUSTEE WILL CURE ALL PRE-PETITION ARREARS, COSTS, AND FEES  OF THE FOLLOWING CLAIMS:
   - - WITH FULL **100%** PAYMENT:


   - - WITH FULL **100%** PAYMENT PLUS **6%** POST-CONFIRMATION INTEREST PER ANNUM:


C.     **DIRECT PAYMENTS**:  THE DEBTOR SHALL PAY DIRECTLY THE FOLLOWING CLAIMS, TO THE EXTENT THEY ARE 11 U.S.C. §1322(b)(5) CLAIMS (THE FINAL PAYMENT UNDER THE PLAN BEING TREATED AS DUE IN 60 MONTHS) OR ARE ALLOWED SECURED CLAIMS AND CLAIMS ARISING FROM THE FOLLOWING LEASES WHICH THE DEBTOR HEREBY ASSUMES:


D.     **ALL REMAINING CLAIMS**:  ALL ALLOWED SECURED CLAIMS SHALL BE PAID IN FULL **100%** PAYMENT PLUS **6%** POST-CONFIRMATION INTEREST PER ANNUM.  ALL UNSECURED CLAIMS SHALL BE PAID IN FULL **100%** PAYMENT.

E.     THE FOREGOING PAYMENTS ON ALLOWED SECURED CLAIMS SHALL BE IN EQUAL MONTHLY PAYMENTS OVER 60 MONTHS       BUT THE TRUSTEE MAY PAY ANY SUCH CLAIM A LARGER AMOUNT IN ANY MONTH.

_____
DATE

DEBTOR'S ATTORNEY (OR DEBTOR & JOINT DEBTOR IF NO ATTORNEY)

NAME: _____ BAR #: _____

ADDRESS: _____

TELEPHONE #: _____ FAX #: _____

**DEADLINE TO FILE OBJECTIONS**: Objection to confirmation of the PLAN must be filed and served on debtor and Trustee either fifteen (15) days after the first date set for the Meeting of Creditors or, if later, forty (40) days after the date the plan is mailed to you. Objections to confirmation of an AMENDED PLAN must be filed and served on debtor and Trustee either twenty-five (25) days after the date the amended plan is mailed to you or, if later, the date for objecting to the original plan. Absent timely objections the Court may confirm the plan or amended plan without a hearing.

**Certificate of Service**

I hereby certify that a copy of this Plan has been faxed/mailed, postage pre-paid, on the date that appears below to **all scheduled creditors and to:**
**Cynthia A. Niklas, Esq., Chapter 13 Trustee** 4545 42nd St. NW #211 WDC 20016-4623 Fax # 202-362-3487
**IRS Centralized Insolvency** POB 21126 Philadelphia PA 19114 Fax # 215-516-2015 & IRS Chief Counsel POB 44085 WDC 20026 Fax # 202-874-1317
**DC Tax & Rev.** 941 N Capitol St. NE #810 WDC 20002 Fax # 202-442-6479 & **Attorney Gen. for DC** 441 4th St. NW #6N WDC 20001 Fax # 202-727-6014
**US Attorney** DC Civil Div. Financial Litigation 501 3rd St. NW 4th FL WDC 20001 Fax # 202-514-8780
**Child Support Services Div.** Office of Attorney General 441 4th St. NW 5th FL WDC 20001 Fax # 202-724-3710

04-23-09
DATE OF SERVICE

_____
DEBTOR'S ATTORNEY (OR DEBTOR & JOINT DEBTOR IF NO ATTORNEY)