UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE : | |
| ANNA MARIA ALLEN : | Chapter 13 Case No. 09-00231 |
| Debtor : | Hearing Date: 05/15/09* |

**PRAECIPE IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE BASED ON 11 U.S.C. §109(e) DEBT LIMIT INELIGIBILITY AND BAD FAITH**

Comes now Cynthia A. Niklas, Esquire, Trustee of the above-captioned matter, and in support of the Trustee's pending Motion to Dismiss with Prejudice Based on 11 U.S.C. §109(e) Debt Limit Ineligibility and Bad Faith, states that in response to the pending Motion the debtor has filed amended Schedule A and amended Summary on April 23, 2009 and on May 4, 2009 by eliminating her ownership interest in real property located at 1715 Kilbourne Place NW WDC and by apparently eliminating the $893,000.00 debt on said property thereby decreasing, on said Summary, the secured debt to $500,00.00. However, based on a proof of claim filed by SunTrust in **undisclosed** pending Chapter 13 case of debtor's son, Carlos Allen (08-00591), and supporting documentation attached thereto, the Trustee contends that said amended Schedules are incomplete and otherwise false and inaccurate. Therefore, the Trustee accordingly requests that the Trustee's pending Motion to Dismiss with Prejudice Based on 11 U.S.C. §109(e) Debt Limit Ineligibility and Bad Faith, as unopposed, be granted without necessity of hearing on May 15, 2009.

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016-4623

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Praecipe, was mailed, postage prepaid, May 12, 2009 to:

Anna Maria Allen
3102 18th Street NW
Washington, DC 20010

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas