CASE HEARING SUMMARY

HEARING DATE: 5/15/09
=========================

CASE NUMBER: 09-231                                CHAPTER: 13

IN RE: ANNA MARIA ALLEN

**FILED**
**MAY 15 2009**
Clerk
U.S. Bankruptcy Court for D.C.

1. Nature of Matters(s) Heard:
   CONFIRMATION HEARING
   32m TO DISMISS CASE WITH PREJUDICE BASED ON 11 USC 109(e) DEBT LIMIT INELIGIBILITY & BAD FAITH FILED BY CYNTHIA A. NIKLAS

2. Other Pertinent Docket Entries:

   DE# 3  ABDEFGH              DE# 43 AMD SCH A & F
   DE# 6  22C                  DE# 44 AMD 13 PLN
   DE# 10 FIN AFF
   DE# 26 SCH I & J             DE# 49 TR's Support Document Re: Motion to Dismiss
   DE# 30 SCH C
   DE# 36 INCOME                DE#
   DE# 37 AMD SCH F
   DE# 39 13 PLN                DE#

3. Appearances: _____D_____ (for Debtor)
   _____ (for U.S. Trustee)
   _____ (for Movant)
   _____ (Trustee) Douglas Solam - w/c cr

4. Outcome:
   ✓ GRANTED  dismiss w/ prej   ___ DENIED    ___ GRANTED W/ CHANGES
   ___ UNDER ADVISEMENT                        ___ PARTIALLY TRIED
   ___ CONTINUED TO _____, 20__, AT __:__ __.M.
   ___ PROPOSED ORDER TO BE SUBMITTED BY _____ BY __/__/__

   18th St                        } exceeds debt limit
   Kilborn (owns w/ son  $-541)  /
   Co-owner  No meeting of crs. Son assigned her plan.
   496,000

NOTE: THIS IS NOT AN ORDER
                                 _____S. Martin Teel_____
                                 S. Martin Teel, Jr.
                                 United States Bankruptcy Judge

# Related Proceedings Report

## Case Number: 9-231 Anna Maria Allen (docket entries only)
## FeeDueINST
## DebtEd

Filing Date # Docket Text

04/21/2009 32 Motion to Dismiss Case *WITH PREJUDICE BASED ON 11 U.S.C. §109(e) DEBT LIMIT INELIGIBILITY AND BAD FAITH* Filed by Cynthia A. Niklas (Attachments: # (1) Proposed Order) (xNiklas2, Cynthia)

### Related Proceedings:

Filing Date # Docket Text

04/21/2009 33 Notice of Opportunity to Object Filed by Cynthia A. xNiklas2 on behalf of Cynthia A. Niklas. (Re: Related Document(s) #:[32] Motion to Dismiss Case.) Objections due by 05/11/2009 for [32],. (xNiklas2, Cynthia)

04/21/2009 34 Notice of Hearing *May 15, 2009* Filed by Cynthia A. Niklas (Re: Related Document(s) #:[32] Motion to Dismiss Case.) Hearing scheduled for 5/15/2009 at 09:30 AM Courtroom 1 for [32],. (xNiklas2, Cynthia)

**Calendar Text:** RE: Doc #32; Motion to Dismiss Case