The order below is hereby signed.

Signed: May 15, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE                                    :
ANNA MARIA ALLEN                         : Chapter 13 Case No. 09-00231
    Debtor

**ORDER OF DISMISSAL WITH PREJUDICE BASED ON 11 U.S.C. §109(e) DEBT LIMIT INELIGIBILITY AND BAD FAITH**

Upon consideration of the Trustee's Motion to Dismiss with Prejudice based on 11 U.S.C. §109(e) debt ineligibility and pursuant to 11 U.S.C. §1307, §521(e)(2)(B)&(i), §105 and §349, the Praecipe in support thereof, and the court record herein and in pending Chapter 13 case of Carlos Allen (08-00591), it is,

ORDERED, that the Trustee's Motion to Dismiss be and the same is hereby granted and the above-captioned matter is hereby dismissed with Prejudice based on 11 U.S.C. §109(e) debt ineligibility and pursuant to 11 U.S.C. §1307, §521(e)(2)(B)&(i), §105 and §349.

cc:  All Entities on Mailing List